UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMON R. JOHNSON,<br><br>                          Plaintiff,<br><br>     v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>                          Defendants. | Case No.  2:20-cv-02364-KJD-VCF<br><br>**ORDER** |

On July 16, 2021, this Court dismissed Plaintiff's civil-rights complaint in its entirety without prejudice based on his failure to file an application to proceed *in forma pauperis* for a non-inmate or pay the full filing fee by July 9, 2021. (ECF Nos. 8, 10). On August 4, 2021, Plaintiff filed an application to proceed *in forma pauperis* for a non-inmate. (ECF No. 13). Plaintiff states in the application that he had been evicted, but does not provide the date that happened to explain the lack of response to the Court's order for nearly two months. *See id.*

For the foregoing reasons, it is ordered that the application to proceed *in forma pauperis* (ECF No. 13) is denied as moot because this is a closed case.

It is further ordered that the Clerk of the Court will send Plaintiff a courtesy copy of his complaint (ECF No. 1-1), an approved form application to proceed *in forma pauperis* for non-inmates, and the document entitled information and instructions for filing an *in forma pauperis* application. Plaintiff may file these documents in a new case, but he may not file additional documents in this closed case.

Dated this 10th day of July 2023.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE